1  Kenneth A. Feinswog (State Bar No. 129562)
2  kfeinswog@aol.com
   400 Corporate Pointe, Suite 300
3  Los Angeles, CA 90230
4  Telephone:  (310) 846-5800
   Facsimile:   (310) 846-5801
5

6  *Attorney for Plaintiff*

7
   Christopher W. Arledge (State Bar No. 200767)
8  One LLP
   4000 MacArthur Blvd.
9  East Tower, Suite 500
10 Newport Beach, CA 92660
11 carledge@onellp.com

12 *Attorney for Defendant*
13

14

15                **UNITED STATES DISTRICT COURT**
16                **EASTERN DISTRICT OF CALIFORNIA**

17

18 | WHOLELIFE CONNECT, INC. | ) | **Case No.:** |
19 |                         | ) | **1:14-CV-00227-LJO-GSA** |
   |         Plaintiff       | ) | |
20 |                         | ) | |
   |                         | ) | **ORDER** |
21 |          vs.            | ) | **CONTINUING** |
22 |                         | ) | **SCHEDULING CONFERENCE** |
   |                         | ) | |
23 |                         | ) | |
24 | WALTER BREAKELL,        | ) | Date:  October 1, 2014 |
25 |                         | ) | Time:  9:30 A.M. |
   |                         | ) | **Telephonic Hearing Requested** |
26 |        Defendant.       | ) | |
27 | _____  | ) | |

28

1

The attorneys for the parties having submitted a stipulation requesting a continuance of the scheduling conference in the above-referenced action from October 1, 2014;

IT IS HEREBY ORDERED THAT:

The scheduling conference is hereby continued from October 1, 2014 until November 17, 2014, at 10:00 A.M. before Magistrate Judge Gary S. Austin. Telephonic appearances are granted with the parties to initiate a one-line conference call to chambers.  Joint scheduling reports are due one full week prior to the conference.

IT IS SO ORDERED.

Dated:   **September 29, 2014**              **/s/ Gary S. Austin**
                                                            UNITED STATES MAGISTRATE JUDGE