Kenneth A. Feinswog (State Bar No. 129562)
kfeinswog@aol.com
400 Corporate Pointe, Suite 300
Los Angeles, CA 90230
Telephone: (310) 846-5800
Facsimile: (310) 846-5801

*Attorney for Plaintiff*

Christopher W. Arledge (State Bar No. 200767)
One LLP
4000 MacArthur Blvd.
East Tower, Suite 500
Newport Beach, CA 92660
carledge@onellp.com

*Attorney for Defendant*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHOLELIFE CONNECT, INC. ) | Case No.: |
| ) | 1:14-CV-00227-LJO-GSA |
| Plaintiff ) | |
| ) | |
| ) | **ORDER** |
| vs. ) | **CONTINUING** |
| ) | **SCHEDULING CONFERENCE** |
| ) | |
| WALTER BREAKELL, ) | Date: November 17, 2014 |
| ) | Time: 10:00 A.M. |
| ) | **Telephonic Hearing Requested** |
| Defendant. ) | |
| _____ ) | |

The attorneys for the parties having submitted a stipulation requesting a continuance of the scheduling conference in the above-referenced action from November 17, 2014;

IT IS HEREBY ORDERED THAT:

The scheduling conference is hereby continued from November 17, 2014 until January 21 at 9:00 A.M.

IT IS SO ORDERED.

Dated: **November 12, 2014**          /s/ Gary S. Austin
                                  UNITED STATES MAGISTRATE JUDGE