Kenneth A. Feinswog (State Bar No. 129562)
kfeinswog@aol.com
400 Corporate Pointe, Suite 300
Los Angeles, CA 90230
Telephone: (310) 846-5800
Facsimile: (310) 846-5801

*Attorney for Plaintiff*

Christopher W. Arledge (State Bar No. 200767)
One LLP
4000 MacArthur Blvd.
East Tower, Suite 500
Newport Beach, CA 92660
carledge@onellp.com

*Attorney for Defendant*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHOLELIFE CONNECT, INC. | Case No.: **1:14-CV-00227-LJO-GSA** |
| Plaintiff | |
| vs. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |
| WALTER BREAKELL, | |
| Defendant. | |

1

1  The parties having stipulated for entry of an order of dismissal without
2  prejudice;
3
4  IT IS HEREBY ORDERED THAT:
5  The Court dismisses the above-referenced action without prejudice and each
6
7  party shall bear each party's respective costs and attorneys' fees.
8  The Clerk of Court is directed to CLOSE THIS CASE.
9
10 **SO ORDERED**
**Dated: January 22, 2015**
11                              **/s/ Lawrence J. O'Neill**
                                **United States District Judge**